Form B3B
(10/05)

United State Bankruptcy Court
_____ District of _____

In re: __Derrick Barton Reese__   Case No. __07B12740__
    Debtor(s)

**ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE**

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

[ ] GRANTED.

This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[X] DENIED. __Debtor did not Appear.__

The debtor shall pay the chapter 7 filing fee according to the following terms:

$ __74.75__ on or before __8/17/07__
$ __74.75__ on or before __9/17/07__
$ __74.75__ on or before __10/17/07__
$ __74.75__ on or before __11/17/07__

Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CHAPTER 7 CASE.

[ ] SCHEDULED FOR HEARING.

A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ am/pm at _____.
(address of courthouse)

IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

DATE: __AUG - 2 2007__

BY THE COURT:
_____
United States Bankruptcy Judge

## CERTIFICATE OF SERVICE

I, Dorothy Clay certify that on August 2, 2007, I caused to be mailed by United States first class mail copies of the foregoing ORDER to the following:

Derrick Barton Reese
3242 Nelson Avenue
Robbins, IL 60472

Eugene Crane
Crane Heyman Simon Welch & Clar
135 South LaSalle Street
Suite 3705
Chicago, IL 60603

William T. Neary
Office of the U.S. Trustee, Region 11
227 West Monroe Street
Suite 3350
Chicago, IL 60606

_____
Secretary/Deputy Clerk